| US BANKRUPTCY COURT | WESTERN DISTRICT OF WISCONSIN |
|---|---|

In re:  Deborah K. Amundson						Case No.

## CHAPTER 13 PLAN

100% PLAN.  DEBTOR TO PAY $322 BI-WEEKLY BY WAGE ASSIGNMENT FOR 5 YEARS FOR THE BENEFIT OF HER CREDITORS.  FILING FEE OF $274 AND ATTORNEY'S FEES OF $1,600 TO BE PAID THROUGH THE PLAN.  DEBTOR TO CONTINUE MAKING CONTRACTED FOR MONTHLY HOMESTEAD MORTGAGE PAYMENTS TO US BANK WITH DIRECT PAYMENTS MONTHLY.  MORTGAGE LIEN OF US BANK UNAFFECTED BY PLAN.  KAWASAKI TO BE PAID PRINCIPAL BALANCE IN FULL WITH 12% SIMPLE ANNUAL INTEREST OVER THE LIFE OF THE PLAN.  KAWASAKI TO RECEIVE ADEQUATE PROTECTION PAYMENTS OF $150 MONTHLY UNTIL ALL ADMINISTRATIVE EXPENSES ARE PAID IN FULL AND TO RETAIN LIEN ON 07 KAWASAKI CYCLE UNTIL DEBT IS PAID IN FULL.  DEBTOR TO CONTINUE MAKING SCHOOL LOAN PAYMENTS AS CONTRACTED FOR WITH DIRECT PAYMENTS MONTHLY TO THAT CREDITOR.  UNSECURED CREDITORS TO BE PAID PRINCIPALS IN FULL WITHOUT INTEREST OVER THE LIFE OF THE PLAN.  SPECIFIC MONTHLY PAYMENTS TO BE MADE AT THE DISCRETION OF CHAPTER 13 TRUSTEE.

/s/
_____
Deborah K. Amundson			Date

/s/
_____
Michael J. Rynes			Date
Attorney for debtor