| US BANKRUPTCY COURT | WESTERN DISTRICT OF WISCONSIN |
|---|---|
| In re: Deborah K. Amundson | Case No. 11-12909 |

## 1ST AMENDED CHAPTER 13 PLAN

\* ALL TERMS AND CONDITIONS OF EXISTING PLAN TO REMAIN IN FULL FORCE AND EFFECT EXCEPT AS STATED HEREIN. DEBTOR HAS LOST THE RENTER IN HER FORMER HOMESTEAD AND NO LONGER WISHES TO KEEP THE PROPERTY. SHE HEREBY OFFERS TO DEED THE PROPERTY TO THE MORTGAGE HOLDER, US BANK, IN LIEU OF FORECLOSURE. IF US BANK REJECTS THIS OFFER AND PROCEEDS WITH A FORECLOSURE ACTION, DEBTOR WILL NOT OPPOSE THAT PROCEEDING. NO FURTHER PAYMENTS TO GO TO US BANK EITHER THROUGH THIS CHAPTER 13 PLAN OR DIRECTLY OUTSIDE THE PLAN. ADDITIONAL ATTORNEY'S FEES OF $300 TO BE PAID THROUGH THE PLAN.

/s/
_____
Deborah K. Amundson          Date

/s/
_____
Michael J. Rynes             Date
Attorney for debtor

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRIBUTION OF WISCONSIN

In re: Deborah K. Amundson  NOTICE OF AMENDED PLAN

Case No. 11-12909

**TO ALL CREDITORS AND PARTIES IN INTEREST:**

**PLEASE TAKE NOTICE** that the above named debtor(s) has filed an Amended chapter 13 Plan. A copy of that plan is attached for your ease of reference. Should you wish to object to this Amended plan, you must do so in writing and file your objection with the United States Bankruptcy Court, 120 N. Henry St., Madison, WI 53701. A copy of your objection should also be sent to the debtor's counsel, Michael J. Rynes, 111 S. Hamilton #19, Madison, WI 53703. Your objection must be filed within 21 days of your receipt of this notice.

/s/
_____
Michael J. Rynes          Date
Counsel for debtor(s)

Bankruptcy Law Services
111 S. Hamilton #19
Madison, WI 53703
(608) 257-3257